UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  Case No. 16-13150
v.                                Honorable Linda V. Parker

SHIRLEY HARDIN,

    Defendant.
_____/

**<ins>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S MARCH 8, 2017 REPORT AND RECOMMENDATION [ECF NO. 23] AND (2) DENYING DEFENDANT'S REQUEST TO AMEND, ALTER, OR QUASH THE WRIT OF GARNISHMENT [ECF NO. 13]</ins>**

Presently before the Court is the Report and Recommendation ("R&R") issued on March 8, 2017 by Magistrate Judge Elizabeth A. Stafford recommending that the Court affirm the writ of garnishment against Defendant Shirley Hardin ("Defendant"). (ECF No 23.)

On October 13, 2016, the Clerk of the Court entered a judgment by default on Defendant in the amount of $11,952.96 plus post-judgment interest. (ECF Nos. 6, 7.) On December 16, 2016, the government requested a writ of garnishment and Defendant requested a hearing regarding the garnishment. (ECF Nos. 9, 13.) This case was referred to Magistrate Judge Stafford on January 4, 2017 for the hearing. (ECF No. 14.)

1

The hearing was scheduled for March 6, 2017. Defendant Hardin failed to appear for the hearing. After Defendant's failure to appear, Magistrate Judge Stafford issued a R&R on March 8, 2017 recommending that the Court affirm the writ of garnishment. (ECF No. 23.) At the conclusion of the R&R, Magistrate Judge Stafford informs the parties that they must file any objections to the R&R within fourteen days. (*Id.* at Pg ID 70-1.) She further advises that the "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (*Id.*, citations omitted). No objections were filed.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts Magistrate Judge Stafford's March 8, 2017 Report and Recommendation.

Accordingly,

**IT IS ORDERED** that Defendant's request to amend, alter, or quash the writ (ECF No. 13) is **DENIED**.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: May 3, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 3, 2017, by electronic and/or U.S. First Class mail.

    s/ Richard Loury
    Case Manager